IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**JOHN EDWARD CHASE,**<br><br>*Defendant.* | Case No. CR-20-128-RAW |

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is an Unopposed Motion for a Preliminary Order of Forfeiture, filed August 11, 2021. The Court finds that, as a result of the guilty plea of defendant John Edward Chase to Count One of the Indictment filed November 17, 2020, in which the government sought forfeiture, the motion should be granted.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), a preliminary order of forfeiture shall be entered whereby the following firearm and ammunition are preliminarily forfeited to the United States and the forfeiture of such firearm and ammunition shall be made part of the defendant's sentence and included in the judgment:

- one (1) Norinco (North China Industries) Model TU90, 9mm caliber semi-automatic, Serial Number #16332, and
- seven (7) rounds of Luger CBC brand ammunition, caliber 9x19mm.

The United States shall publish notice of this Order and its intent to dispose of the firearm and ammunition pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6). The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

1

Upon the entry of this Order, the United States is authorized to seize or retain custody of the firearm and ammunition in accordance with Fed. R. Crim. P. 32.2(b)(3).

Any person, other than the defendant, asserting a legal interest in the firearm and ammunition may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any petition timely filed, a final order of forfeiture of the firearm and ammunition shall be entered. If no third party files a timely petition, this Order shall become the final order of forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2) and all right, title and interest would vest in the United States for disposition according to law.

IT IS THEREFORE ORDERED that, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the Unopposed Motion of the United States for Preliminary Order of Forfeiture is granted and the firearm and ammunition are preliminarily forfeited to the United States.

IT IS FURTHER ORDERED that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

**Dated this 12th day of August, 2021.**

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE